**HEATHER G. SUAREZ (HS 3506)**
Attorney(s):   SUAREZ & SUAREZ
Office Address & Tel No.:   2016 Kennedy Blvd., Jersey City, N.J., 07305
201-433-0778

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Attorneys for Defendant, Benedict Caiola        Case No.

Plaintiff,
LOCKEY MAISONNEUVE

vs.

Defendant,
BENEDICT CAIOLA

ORDER ALLOWING
VINCENT FILARDO, JR., ESQ.
TO APPEAR PRO HAC VICE

This matter having been brought before the Court by Heather G. Suarez, Esq., attorney for Defendant, on application for an Order allowing Vincent Filardo, Jr., Esq. to appear and participate pro hac vice; and the Court having considered the moving papers; and this matter being considered pursuant to Fed.R.Civ.P.78, and for good cause shown;

IT IS on this ____ day of _____, 2018,

ORDERED that Vincent Filardo, Jr., Esq., a member of the Bar of the State of New York, be permitted to appear pro hac vice in the above captioned matter pursuant to L.Civ.R.101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Suarez & Suarez, attorneys of

record for Defendant, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Vincent Filardo, Jr., Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with the New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Vincent Filardo, Jr., Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L.Civ.R.103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L.Civ.R.104.1, <u>Discipline of Attorneys</u>; and it is further

ORDERED that Vincent Filardo, Jr., Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
United States Magistrate Judge