UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------x

| | |
|---|---|
| LOCKEY MAISONNEUVE, | : |
| | : |
| Plaintiff | : Case No. 2:18-cv-13955-JMV-MF |
| | : |
| v. | : |
| | : |
| BENEDICT CAIOLA, | : |
| | : |
| Defendant. | : |
| | : |

-------------------------------------------------------x

**NOTICE OF RELATED CASE PENDING IN THE SOUTHERN
DISTRICT OF NEW YORK**

Defendant Benedict Caiola ("Caiola") hereby gives notice that the case captioned *Benedict Caiola v. Lockey Maisonneuve et al., 1:18cv11646* pending in the Southern District of New York ("The New York Action"), filed on December 13, 2018, is related to the above captioned case.

In The New York Action, Caiola is alleging (i) copyright infringement in works of visual art, (ii) copyright infringement in photographs, (iii) copyright infringement in literary work, (iv) breach of contract, (v) breach of the implied covenant of good faith and fair dealing, and (vi) anticipatory repudiation of contract.

Dated: December 14, 2018     Respectfully submitted,

By: */s/ Heather G. Suarez*
Heather G. Suarez
**SUAREZ & SUAREZ**
2016 Kennedy Blvd.
Jersey City, New Jersey  07305
Telephone: (201) 433-0778
heathergsuarez@suarezandsuarez.com

**MISHCON DE REYA NEW YORK LLP**
By: /s/ Vincent Filardo, Jr.
Vincent Filardo, Jr.  (*pro hac vice pending*)
156 Fifth Avenue, Suite 904
New York, New York  10010
(212) 612-3270
Vincent.filardo@Mishcon.com

*Attorney for Defendant Benedict Caiola*